UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:13cr00272 |
| ) | JUDGE ALETA A. TRAUGER |
| DONALD RAY ANDERSON, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR AN ORDER OF FORFEITURE
CONSISTING OF A $94,462.62
UNITED STATES CURRENCY MONEY JUDGMENT AS TO COUNT ONE**

The United States of America, by its undersigned counsel, pursuant to Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, moves based upon the Defendant Donald Ray Anderson's plea of guilt to Count One of the Information, conviction, and agreement for an Order of Forfeiture consisting of $94,462.62 United States currency Money Judgment against Defendant on Count One of the Information.

A memorandum of law and facts is filed in support of this motion. Additionally, a proposed Order is attached hereto for the Court's convenience.

Respectfully submitted,

DAVID RIVERA
United States Attorney


By: /s Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615 736-5151
deb.phillips@usdoj.gov

1